**Order entered May 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00472-CV

### IN RE BYRON BERNARD DUPREE, Relator

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F97-47901-K**

## ORDER

The Court has before it relator's April 25, 2013 "request for documents and corrections of parties' motion." The Court construes the request as a motion for rehearing and **DENIES** the motion.

/s/    LANA MYERS
       JUSTICE